# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEBBIE ROBERTS**                                                              **PLAINTIFF**

VS.                          CASE NO. 3:20CV00120 PSH

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                          **DEFENDANT**

## ORDER

The defendant's unopposed motion for additional time (docket entry no. 8) in which to file a response to the complaint brief is granted and he is directed to submit his response on or before November 3, 2020.

IT IS SO ORDERED this 8th day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE