IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEBBIE ROBERTS**                                                                           **PLAINTIFF**

VS.                                        No. 3:20-cv-00120 PSH

**ANDREW SAUL, Commissioner,**
    **Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 19th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE