# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DEBBIE ROBERTS**                                                                   **PLAINTIFF**

VS.                       No. 3:20-cv-00120 PSH

**KILOLO KIJAKAZI,**[1]
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Debbie Roberts' ("Roberts") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Docket entry no. 22. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion.

The motion is GRANTED, approving an EAJA award in the amount of $3,459.37 (which includes $20.07 in expenses). There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Roberts, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Roberts, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021, and is substituted for Andrew Saul as defendant. Fed. R. Civ. P. 25(d).

to Ms. Wallace at her Jonesboro, Arkansas, address.

    IT IS SO ORDERED this 23rd day of July, 2021.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE